IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUDREY FURBER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | NO. 19-5998 |

## ORDER

**AND NOW**, this 15th day of June, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the Commissioner's Amended Uncontested Motion to Reverse and Remand thereto (Document No. 18) and the Court's Memorandum of today, it is hereby **ORDERED** that:

1. The Request for Review and Commissioner's Motion (Document No. 18) are **GRANTED**;

2. This case is remanded to the Commissioner so that it can be re-assigned to a properly-appointed Administrative Law Judge who is different from the one who originally heard Plaintiff's case.

BY THE COURT:

  */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge